FILED
2007 Oct-26 AM 08:15
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JACQUELINE KING, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. CV 07-S-1649-S |
| ) | |
| SIMON SPEIGHTS, et al., ) | |
| ) | |
| Defendants ) | |

## DISMISSAL ORDER

On October 1, 2007, the magistrate judge's report and recommendation was entered and the parties were allowed therein eleven (11) days in which to file objections to the recommendations made by the magistrate judge. No objections have been filed by either plaintiff or defendants.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby ADOPTS the report, and ACCEPTS the recommendations of the magistrate judge. Accordingly, it is ORDERED, ADJUDGED and DECREED that this action is due to be, and it hereby is DISMISSED for lack of subject matter jurisdiction. It is further ORDERED, ADJUDGED and DECREED that plaintiff's Motion for Relief From Harassment is DENIED. The clerk is directed to close this file.

DONE this 25th day of October, 2007.

_____
United States District Judge